IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| ANTHONY CINTRON | : | VIOLATIONS:<br>21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with the intent to distribute cocaine base ("crack") – 1 count) |
| | : | 18 U.S.C. § 924(c)(1)(A) (possession of a firearm in furtherance of a drug trafficking crime – 1 count) |
| | : | 18 U.S.C. § 922(o) (possession of a machinegun – 1 count)<br>Notice of forfeiture |

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about March 17, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ANTHONY CINTRON**

knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about March 17, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## ANTHONY CINTRON

knowingly possessed a firearm, that is, at least one of the following: (1) an FN 57, 5.7 mm pistol, bearing serial number 386395940, loaded with 10 live rounds of ammunition; and (2) a Glock model 19, 9 mm pistol, bearing serial number BCBA749, loaded with 30 live rounds of ammunition; in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), as charged in Count One of this information.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about March 17, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ANTHONY CINTRON**

knowingly possessed a machinegun, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, a machinegun conversion device designed and intended for use in converting a semiautomatic Glock pistol to fire automatically.

In violation of Title 18, United States Code, Section 922(o).

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), Title 18, United States Code, Section 924(c), and Title 18, United States Code, Section 922(o) set forth in this information, defendant

## ANTHONY CINTRON

shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained, directly or indirectly, from the commission of the violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), and all firearms and ammunition involved in the commission of the violations of Title 18, United States Code, Section 924(c) and Title 18, United States Code, Section 922(o), including, but not limited to:

   (1) An FN 57, 5.7 mm pistol, bearing serial number 386395940:

   (2) Ten live rounds of 5.7 ammunition;

   (3) A Glock model 19, 9 mm pistol, bearing serial number BCBA749;

   (4) Thirty live rounds of 9 mm ammunition;

   (5) A Glock 23, .40 caliber pistol, bearing serial number VSS686, equipped with a machinegun conversion device designed and intended for use in converting a semiautomatic Glock pistol to fire automatically; and

   (6) Twenty-one live rounds of .40 caliber ammunition.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

   (1)   cannot be located upon the exercise of due diligence;

(2)	has been transferred or sold to, or deposited with, a third party;

(3)	has been placed beyond the jurisdiction of the Court;

(4)	has been substantially diminished in value; or

(5)	has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Section 924(d), and Title 21, United States Code, Section 853.

_____ for
**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

No. _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ANTHONY CINTRON

INFORMATION

Counts

**21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with the intent to distribute cocaine base ("crack") – 1 count)**

**18 U.S.C. § 924(c)(1)(A) (possession of a firearm in furtherance of a drug trafficking crime – 1 count)**

**18 U.S.C. § 922(o) (possession of a machinegun – 1 count)**
**Notice of forfeiture**

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____